

21st Floor
1251 Avenue of the Americas
New York, NY  10020-1104

**Jeremy A. Chase**
(212) 489-8230 tel
(212) 489-8340 fax

jeremychase@dwt.com

February 9, 2022

**VIA ECF**

Honorable Katherine Polk Failla
United States District Court
Southern District of New York
40 Foley Square, Room 2103
New York, New York 10007

      Re:    *William Kostroun v. Bleacher Report, Inc.*, No. 1:22-cv-00420-KPF
              Letter Motion Requesting Extension of Time to Respond to Complaint

Dear Judge Failla:

      We are counsel for Defendant Bleacher Report, Inc. ("B/R") in the above-referenced action.

      We write to request that the Court grant an extension for B/R to answer, move, or otherwise respond to the Complaint from its current deadline of February 11, 2022 to March 16, 2022.  B/R requests this extension to give B/R and counsel sufficient time to investigate the facts surrounding Plaintiff's claim and respond accordingly.  B/R has not previously requested an extension of time to file a responsive pleading, Plaintiff has consented to this request, and granting this request will have no effect on any outstanding deadlines.

      Respectfully submitted,

      Davis Wright Tremaine LLP

      */s/ Jeremy A. Chase*

      Jeremy A. Chase

cc:    James H. Freeman, Esq. (via ECF)

Anchorage | New York | Seattle
Bellevue | Portland | Shanghai
Los Angeles | San Francisco | Washington, D.C.

www.dwt.com